EDITH J. WEBER, Respondent, v. THE NEW YORK, CHICAGO AND ST. LOUIS RAILROAD COMPANY, Appellant.— Order granting summary judgment and judgment entered thereon unanimously affirmed, with ten dollars costs and disburse-

---

* Revd., 263 N. Y. 421.    †Affd., 264 N. Y. 553.    ‡Affd., 264 N. Y. 514.

ments. No opinion. Lazansky, P. J., Young, Kapper and Hagarty, JJ., concur; Scudder, J., not voting.